NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1553, -1592

**PURDUE PHARMA PRODUCTS L.P.
and NAPP PHARMACEUTICAL GROUP LTD.,**

Plaintiffs-Appellants,

and

**ORTHO-MCNEIL, INC.,**

Plaintiff,

v.

**PAR PHARMACEUTICAL, INC.
and PAR PHARMACEUTICAL COMPANIES, INC.,**

Defendants-Cross Appellants.

Appeals from the United States District Court for the District of Delaware in consolidated case 1:07-CV-00255, Circuit Judge Kent A. Jordan (sitting by designation).

ON MOTION

<u>O R D E R</u>

Upon consideration of the request to reform the official caption,

IT IS ORDERED THAT:

The revised official caption is reflected above.

FOR THE COURT

NOV 0 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert J. Goldman, Esq.
Mary Webb Bourke, Esq.
Daniel G. Brown, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 4 2009

JAN HORBALY
CLERK